PER CURIAM.

(No. 74-CC-781— )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 14, 1974.*

GIFFIN, WINNING, LINDNER, NEWKIRK, COHEN, BO-
DEWES, AND NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.